**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-7502**

DEONTA JEROME HICKS,

Plaintiff - Appellant,

v.

WENDELL W. PIXLEY, Warden; HAROLD CLARKE, Director of Virginia Department of Corrections; DAVE ROBINSON, Chief of Corrections,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Claude M. Hilton, Senior District Judge. (1:16-cv-00189-CMH-IDD)

Submitted: March 10, 2020                    Decided: March 13, 2020

Before NIEMEYER and AGEE, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Deonta Jerome Hicks, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Deonta Jerome Hicks, a Virginia inmate, appeals the district court's order granting Defendants summary judgment in his 42 U.S.C. § 1983 (2018) civil rights action in which Hicks alleged violations of his First Amendment right to free exercise of religion and of the Religious Land Use and Institutionalized Persons Act (RLUIPA), 42 U.S.C. §§ 2000cc to 2000cc-5 (2018). We have reviewed the record, in conjunction with the arguments raised by Hicks on appeal, and find no reversible error. Accordingly, we affirm the district court's order. *Hicks v. Pixley*, No. 1:16-cv-00189-CMH-IDD (E.D. Va. Sept. 20, 2019). We deny Hicks' pending motions to amend his appeal, for the appointment of investigative services, to compel Defendants to disclose financial information and related evidence, and for injunctive relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*